UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,  :
:  Civil Action No. 4:17-cv-00472
Plaintiff,  :
:
vs.  :
:
SUBSCRIBER 81254,  :
:
Defendant.  :
------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE,** the document attached to the Notice of Voluntary Dismissal With Prejudice of Subscriber 81254 filed at CM/ECF 17 was filed in error and is hereby withdrawn.  A Notice of Voluntary Dismissal was intended to be filed but the wrong document was attached during the CM/ECF filing process.  The correct Notice of Voluntary Dismissal is contemporaneously being filed in this case.  Undersigned sincerely apologizes to the Court for any inconvenience this error may have caused.

Dated:  July 7, 2017

Respectfully submitted,
**LOWENBERG LAW FIRM, PLLC**

By:  /s/ *Andrew D. Kumar*
ANDREW D KUMAR
Federal Bar No. 1409965
Texas Bar No. 24075913
Email:  Andrew@thetexastriallawyers.com
MICHAEL J. LOWENBERG
Federal Bar No. 22584
Texas Bar No. 24001164
Email:  Mike @thetexastriallawyers.com
7941 Katy Freeway, Suite 306
Houston, Texas 77024
Telephone:  (832) 241-6000
Telecopier:  (832) 241-6001
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Andrew D. Kumar*
Andrew D. Kumar, Esq.