UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
:   Civil Action No. 4:17-cv-00472
            Plaintiff,                                            :
:
      vs.                                                         :
:
SUBSCRIBER 81254,                                                 :
:
            Defendant.                                            :
------------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF SUBSCRIBER 81254

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Subscriber 81254 ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Subscriber 81254 from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Subscriber 81254 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

|  |  |
|---|---|
| Dated:  July 7, 2017 | Respectfully submitted,<br>**LOWENBERG LAW FIRM, PLLC** |
| By: | /s/ *Andrew D. Kumar*<br>ANDREW D KUMAR<br>Federal Bar No. 1409965<br>Texas Bar No. 24075913<br>Email:  Andrew@thetexastriallawyers.com<br>MICHAEL J. LOWENBERG<br>Federal Bar No. 22584<br>Texas Bar No. 24001164<br>Email:  Mike @thetexastriallawyers.com<br>7941 Katy Freeway, Suite 306<br>Houston, Texas 77024 |

1

Telephone:  (832) 241-6000
Telecopier:  (832) 241-6001
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Andrew D. Kumar*
Andrew D. Kumar, Esq.