UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Malibu Media, LLC, | § |
|     Plaintiff, | § |
| versus | §    Civil Action H-17-472 |
| Subscriber 81254, | § |
|     Defendant. | § |

## Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (19)

2. This court retains jurisdiction to enforce the settlement.

3. The notice of voluntary dismissal with prejudice of subscriber 81254 of June 30, 2017, is withdrawn. (17) (18)

Signed on July 7, 2017, at Houston, Texas.

                                                Lynn N. Hughes
                                      United States District Judge